UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MANNIE MADDOX,

    Plaintiff,

v.

TIMOTHY LOVE, JASON GARNETT and
DERWIN L. RYKER,

    Defendant.

Case No. 06-cv-700-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Count 2 (plaintiff Maddox's claim against defendants Love, Garnett and Ryker for failing to compensate the outside leader of the American Hebrew Israelite faith in the same manner as leaders of other religious groups) and Count 3 (plaintiff Maddox's claim against defendants Love, Garnet, and Ryker for allocating a disproportionately small portion of the available religious budget at Lawrence Correctional Center to the American Hebrew Israelite faith) are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Count 1 (plaintiff Maddox's claim against defendants Love, Garnett and Ryker for providing reasonable access to religious materials for members of the Christian faith, but not to adherents of the American Hebrew Israelite faith) and Count 4 (plaintiff Maddox's claim against defendants Love, Garnett and Ryker for not permitting members of the American Hebrew Israelite faith to participate in group worship services) are dismissed without prejudice for failure to exhaust administrative remedies.

**DATED:** December 23, 2009    NANCY J. ROSENSTENGEL, Clerk of Court

    s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**