UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MANNIE MADDOX,

        Plaintiff,

    v.                                             Case No. 06-cv-700-JPG

TIMOTHY LOVE, JASON GARNETT and
DERWIN L. RYKER,

        Defendants.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on the following claims:

- Count 2 (against defendants Timothy Love, Jason Garnett and Derwin L. Ryker in their individual capacities for money damages for denying Maddox a reasonable opportunity to pursue his African Hebrew Israelite faith in violation of the First Amendment to the Constitution, as applicable to the states by reason of the Fourteenth Amendment); and

- Count 3 (against defendants Timothy Love, Jason Garnett and Derwin L. Ryker in their individual capacities for money damages for denying Maddox the opportunity to practice his faith in a manner comparable to the opportunities afforded fellow prisoners of other faiths, in violation of the equal protection clause of the Fourteenth Amendment);

in favor of defendants Timothy Love, Jason Garnett and Derwin L. Ryker and against plaintiff Mannie Maddox.

All other claims pled in the complaint were resolved in a judgment dated December 23, 2009, and were not remanded for further proceedings.

**DATED:**    April 22, 2013                 NANCY J. ROSENSTENGEL, Clerk of Court

                                                          **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert