UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MANNIE MADDOX,

            Plaintiff,

      v.                                                    Case No. 06-cv-700-JPG

TIMOTHY LOVE, JASON GARNETT and
DERWIN L. RYKER,

            Defendants.

## MEMORANDUM AND ORDER

        This matter comes before the Court on the motion of plaintiff Mannie Maddox for a copy

of his trial transcript (Doc. 163).   The Court notes that, should Maddox appeal the judgment,

which he may do within 30 days of a ruling on his pending motion for a new trial, *see* Fed. R. App.

P. 4(a)(1) and (4), he will be provided a Seventh Circuit Transcript Information Sheet to order a

copy of the trial transcript, or any other relevant transcripts, in this case.   If the Court finds

Maddox is indigent and certifies that his appeal is not frivolous and that it presents a substantial

question, the fee for the transcript will be paid by the United States.   *See* 28 U.S.C. § 753(f).

Until that time, the Court finds Maddox has not shown a need for the transcripts of his trial and

therefore **DENIES** his motion **without prejudice** (Doc. 163).

**IT IS SO ORDERED.**
**DATED:   March 23, 2016**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**